UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED

12 OCT 30 PM 3:23


DEPUTY

UNITED STATES OF AMERICA,

           Plaintiff,

vs.

GLENN STEVEN GOTTFRIED,

           Defendant.

CASE NO. 12CR0372-AJB

**JUDGMENT OF DISMISSAL**

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

___ the Court has granted the motion of the Government for dismissal, without prejudice; or

_X_ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) as charged in the Superseding Indictment:

8:1324(a)(2)(B)(ii) - Bringing in Illegal Aliens for Financial Gain; 18:2 - Aiding and Abetting

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 10/29/12

Anthony J. Battaglia
U.S. Magistrate Judge